JOE LEWIS AND VIE LEWIS v. STATE.

No. A-736. Opinion Filed November 4, 1911.

Appeal from Pontotoc County Court; Joe Terrell, Judge.

Crawford & Bolen, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiffs in error, Joe Lewis and Vie Lewis, were convicted on an information wherein they were jointly charged with the crime of unlawfully keeping and maintaining a place where intoxicating liquors were sold. On December 31, 1909, Joe Lewis was sentenced to be confined for sixty days in the county jail and pay a fine of two hundred dollars. And Vie Lewis was sentenced to be confined for thirty days in the county jail and pay a fine of fifty dollars. From which judgment they appealed by filing in this court on April 25, 1910, a petition in erorr with case-made. It is insisted that the court erred in overruling a motion to dismiss, for the reason that the court was without jurisdiction, inasmuch as the warrants of arrest issued on the information were not signed by the county judge. The record does not sustain this contention. It apepars that the first warrant issued on the 6th day of November, 1909, was signed only by the clerk of the county court. The record shows that other warrants issued on November 22, by the county judge. For this reason the motion to dismiss was properly overruled. From a careful examination of the record we are convinced that a fair and impartial trial was had and that the appeal in this case is without merit. The judgments are therefore affirmed and the cause remanded to the county court of Pontotoc county with direction to enforce its judgments therein.

---

T. T. NOWAKOSKI v. STATE.

No. A-899. Opinion Filed November 4, 1911.

Appeal from Pottawatomie County Court; E. D. Reasor, Judge.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, T. T. Nowakoski, was convicted of a violation of the prohibition law and sentenced to be confined for a period of six months in the county jail and pay a fine of five hundred dollars. Judgment and sentence were entered on April 23, 1910. An appeal was attempted to be taken by filing in this court on August 23, a petition in error with case-made. The Attorney General has filed a motion to dismiss, because the petition in error and case-made were not filed in this court within one hundred and twenty days from the date of the rendition of judgment, and because said case-made was not served upon the county attorney within the time fixed by the trial judge. In response to the Attorney General's motion, plaintiff in error filed his motion to dismiss said appeal. The Attorney General's motion to dismiss is hereby sustained and the cause remanded with direction to the county court of Pottawatomie county to enforce its judgment therein.